ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHERYL FONNER | ) | |
| v. | ) | CV198-123 |
| COLUMBIA AUGUSTA MEDICAL CENTER | ) | |
| | ) | |

ORDER

Plaintiff filed a complaint and process was issued in the above-captioned case on June 16, 1998. Plaintiff has taken no further action in the case. Therefore, the case is DISMISSED FOR FAILURE TO PROSECUTE, without prejudice, FRCP 4(m).

SO ORDERED this 3rd day of November, 1998.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
Southern District of Georgia

Case Number:   1:98-cv-00123
Date Served:   November 3, 1998
Served By:     Joseph A. Howell

Attorneys Served:

    Luther McDaniel Jr., Esq.

✓ Copy placed in Minutes
✓ Copy given to Judge
___ Copy given to Magistrate